858 A.2d 551

IN THE MATTER OF WILLIAM S. WOLFSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 009191976)

September 29, 2004.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **WILLIAM S. WOLFSON** of **FLEMINGTON**, who was admitted to the bar of this State in 1976, and who was suspended from the practice of law for a period of six months effective March 20, 2004, by Order of this Court filed on February 23, 2004, be restored to the practice of law, effective immediately.

858 A.2d 552

IN THE MATTER OF SAMUEL MANDEL, AN ATTORNEY
AT LAW (ATTORNEY NO. 249991968).

September 29, 2004.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **SAMUEL MANDEL** of **MOORESTOWN**, who was admitted to the bar of this State in 1968, and who was suspended from the practice of law for a period of three months effective May 24, 2004, by Order of this Court filed on April 26, 2004, be restored to the practice of law, effective immediately.